UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ANNETTE MULLE § Case No. 11-43592
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/27/2013 in Courtroom 613,

United States Courthouse
219 S. Dearborn St. Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/17/2013          By: Gregg Szilagyi
                                                Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ANNETTE MULLE § Case No. 11-43592
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,140.16 |
| and approved disbursements of | $ | 34.06 |
| leaving a balance on hand of[1] | $ | 6,106.10 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 1,364.02 | $ 0.00 | $ 1,364.02 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,364.02 |
| Remaining Balance | | | $ 4,742.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,241,109.09  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GE Capital Retail Bank | $ 139.09 | $ 0.00 | $ 0.53 |
| 2 | Discover Bank | $ 12,761.31 | $ 0.00 | $ 48.80 |
| 3 | United States Small Business | $ 1,228,208.69 | $ 0.00 | $ 4,696.52 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,745.85 |
| | Remaining Balance | | $ | -3.77 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Gregg Szilagyi
Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                    Case No. 11-43592-TAB
Annette Mulle                                             Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vrowe              Page 1 of 2              Date Rcvd: Jan 18, 2013
                              Form ID: pdf006         Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2013.
```
db          +Annette Mulle,    21650 Mayfield Lane,    Barrington, IL 60010-9733
17977483    +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
17977484    +CitiMortgage,    PO Box 183040,    Columbus, OH 43218-3040
17977487    +Gino & Star Mineo,    1711 N.E. 1st Ave.,    Cape Coral, FL 33909-5257
19932232     Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
17977489    +United States Small Business,    500 W. Madison,    Suite 1150,    Chicago, IL 60661-2566
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17977485     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 19 2013 03:01:06      Discover Financial,
               PO Box 15316,    Wilmington, DE 19850
18975242     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 19 2013 03:01:06      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18967786     E-mail/PDF: rmscedi@recoverycorp.com Jan 19 2013 03:25:38      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17977486    +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2013 02:59:50      GECRB/TJX COS,    PO Box 1400,
               El Paso, TX 79948-1400
17977488    +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 19 2013 03:06:37      Kohl's,
               N56W17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-7096
19932233     E-mail/PDF: rmscedi@recoverycorp.com Jan 19 2013 03:23:47
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 20, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: vrowe              Page 2 of 2            Date Rcvd: Jan 18, 2013
                              Form ID: pdf006         Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2013 at the address(es) listed below:
        Gregg  Szilagyi    gs@tailserv.com,  gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Robert S. Thomas    on behalf of Debtor Annette  Mulle rstlaw2000@yahoo.com
        TOTAL: 3