# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| ANNETTE MULLE | § | Case No. 11-43592 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 31,600.00 |
| Total Distributions to Claimants: 4,741.55 | Claims Discharged Without Payment: 3,140,324.54 |
| Total Expenses of Administration: 1,398.61 | |

3) Total gross receipts of $ 6,140.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 6,140.16 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 487,364.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,398.61 | 1,398.61 | 1,398.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,416,593.00 | 1,241,109.09 | 1,241,109.09 | 4,741.55 |
| **TOTAL DISBURSEMENTS** | $ 1,903,957.00 | $ 1,242,507.70 | $ 1,242,507.70 | $ 6,140.16 |

4) This case was originally filed under chapter 7 on 10/27/2011 . The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/13/2015          By:/s/GREGG SZILAGYI
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1224-000 | 6,140.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.16 |
| **TOTAL GROSS RECEIPTS** | | **$6,140.16** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 CitiMortgage P.O. Box 183040 Columbus OH 43218 | | 147,000.00 | NA | NA | 0.00 |
| | Creditor # : 2 Gino & Star Mineo 1711 N.E. 1st Avenue Cape Coral FL 33909 | | 340,364.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 487,364.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | 2100-000 | NA | 1,364.02 | 1,364.02 | 1,364.02 |
| Gregg Szilagyi | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| Associated Bank | 2600-000 | NA | 11.44 | 11.44 | 11.44 |
| Bank of America | 2600-000 | NA | 22.62 | 22.62 | 22.62 |
| Clerk U.S. Bankruptcy Court | 2990-000 | NA | 0.53 | 0.53 | 0.53 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,398.61 | $ 1,398.61 | $ 1,398.61 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Chase P.O. Box 15298 Wilmington DE 19850 | | 11,709.00 | NA | NA | 0.00 |
| | Creditor # :2 Discover Financial P.O. Box 15316 Wilmington DE 19850 | | 10,586.00 | NA | NA | 0.00 |
| | Creditor # :3 GECRB/TJX COS P.O. Box 1400 El Paso TX 79948 | | 123.00 | NA | NA | 0.00 |
| | Creditor # :4 Kohl's N56W17000 Ridgewood Dr. Menomonee Falls WI 53051 | | 175.00 | NA | NA | 0.00 |
| | Creditor # :5 United States Small Business 500 W. Madison Suite 1150 Chicago IL 60661 | | 1,394,000.00 | NA | NA | 0.00 |
| 2 | Discover Bank | 7100-000 | NA | 12,761.31 | 12,761.31 | 48.76 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GE Capital Retail Bank | 7100-000 | NA | 139.09 | 139.09 | 0.00 |
| 3 | United States Small Business | 7100-000 | NA | 1,228,208.69 | 1,228,208.69 | 4,692.79 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,416,593.00 | $ 1,241,109.09 | $ 1,241,109.09 | $ 4,741.55 |

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-43592 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | GREGG SZILAGYI |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ANNETTE MULLE | | | | Date Filed (f) or Converted (c): | 10/27/2011 (f) |
| | | | | | 341(a) Meeting Date: | 12/05/2011 |
| For Period Ending: | 10/13/2015 | | | | Claims Bar Date: | 08/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 21650 Mayfield Lane Deer Park, IL 60010 | 485,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Checking Account Location: In debtor's possession | 400.00 | 0.00 | | 0.00 | 0.00 |
| 3. Household goods/furnishings Location: In debtor's possession | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. Books/pictures Location: In debtor's possession | 400.00 | 0.00 | | 0.00 | 0.00 |
| 5. Wearing apparel Location: In debtor's possession | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6. IRA Location: In debtor's possession | 24,900.00 | 0.00 | | 0.00 | 0.00 |
| 7. 2000 BMW Location: In debtor's possession | 3,000.00 | 600.00 | | 0.00 | 600.00 |
| 8. TAX REFUND (u) | Unknown | Unknown | | 6,140.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.16 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $517,200.00    $600.00    $6,140.16    $600.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2012         Current Projected Date of Final Report (TFR):

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-43592 | Trustee Name: GREGG SZILAGYI |
| Case Name: ANNETTE MULLE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5575 |
| | Checking Acccount |
| Taxpayer ID No: XX-XXX3157 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/13/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct# XXXXXX9664 | Transfer of Funds | 9999-000 | $6,117.54 | | $6,117.54 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | $3.77 | $6,113.77 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | $3.90 | $6,109.87 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | $3.77 | $6,106.10 |
| 02/27/13 | 1002 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of <Percent> per court order.) | 2100-000 | | $1,364.02 | $4,742.08 |
| 02/27/13 | 1003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | (Final distribution to Claim 2, representing a Payment of 0.38% per court order.) | 7100-000 | | $48.76 | $4,693.32 |
| 02/27/13 | 1004 | United States Small Business<br>500 W. Madison<br>Suite 1150<br>Chicago, IL 60661 | (Final distribution to Claim 3, representing a Payment of 0.38% per court order.) | 7100-000 | | $4,692.79 | $0.53 |
| 02/27/13 | 1005 | Clerk, U.S. Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | | 7100-000 | | $0.53 | $0.00 |
| 08/12/13 | 1005 | Clerk, U.S. Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | | 7100-000 | | ($0.53) | $0.53 |
| 08/12/13 | 1006 | Clerk U.S. Bankruptcy Court | GE Retail Bank | 2990-000 | | $0.53 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $6,117.54 | $6,117.54 |
| Less: Bank Transfers/CD's | $6,117.54 | $0.00 |
| Subtotal | $0.00 | $6,117.54 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $6,117.54 |

| | | |
|---|---:|---:|
| Page Subtotals: | $6,117.54 | $6,117.54 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-43592  
Case Name: ANNETTE MULLE  
Taxpayer ID No: XX-XXX3157  
For Period Ending: 10/13/2015  

Trustee Name: GREGG SZILAGYI  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX9664  
MONEY MARKET ACCOUNT  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/23/12 | 8 | US TREASURY | TAX REFUND | 1224-000 | $6,140.00 | | $6,140.00 |
| 05/31/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.01 | | $6,140.01 |
| 06/29/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.05 | | $6,140.06 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $7.30 | $6,132.76 |
| 07/31/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.05 | | $6,132.81 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $8.04 | $6,124.77 |
| 08/30/12 | INT | Bank of America | | 1270-000 | $0.05 | | $6,124.82 |
| 08/30/12 | | Bank of America | t | 2600-000 | | $7.28 | $6,117.54 |
| 08/30/12 | | Transfer to Acct# XXXXXX5575 | Transfer of Funds | 9999-000 | | $6,117.54 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $6,140.16 | $6,140.16 |
| Less: Bank Transfers/CD's | $0.00 | $6,117.54 |
| Subtotal | $6,140.16 | $22.62 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,140.16 | $22.62 |

Page Subtotals:   $6,140.16   $6,140.16

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5575 - Checking Acccount | $0.00 | $6,117.54 | $0.00 |
| XXXXXX9664 - MONEY MARKET ACCOUNT | $6,140.16 | $22.62 | $0.00 |
| | $6,140.16 | $6,140.16 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,140.16 |
| Total Gross Receipts: | $6,140.16 |

Page Subtotals:   $0.00   $0.00